IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RANGER ENVIRONMENTAL SERVICES LLC, )<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>CARL FOEHL, *et al.*, )<br>    Defendants. ) | CIVIL ACTION 1:23-00297-KD-M |

**ORDER**

This matter is before the Court on further review of Defendant Wellbuilt Environmental Solutions, LLC's Disclosure Statement (Wellbuilt). (Doc. 20).

On September 7, 2023, Defendant Wellbuilt filed its Disclosure Statement. (Doc. 20). In the Disclosure, Defendant Wellbuilt identifies itself as a limited liability company (LLC) whose members are individuals Sonya Gomel and Spencer Tuell. (Id.) No additional information regarding the LLC members is provided.

SDAL Local Rule 7.1 governs Disclosures in this Court and provides, in part, that the disclosing entity "shall identify all … members …." Per Rolling Greens, MHP, L.P. v. Comcast SCH Hldgs., L.L.C., 374 F.3d 1020, 1021-1023 (11th Cir. 2004) (*per curiam*), unincorporated entities such as LLCs are citizens of each state in which any of its members are citizens:

> …. the general rule for unincorporated entities also applies to limited liability companies … *See Cosgrove v. Bartolotta,* 150 F.3d 729, 731 (7th Cir.1998) ("Given the resemblance between an LLC and a limited partnership, and what seems to have crystallized as a principle that members of associations are citizens for diversity purposes unless Congress provides otherwise (as it has with respect to corporations, in 28 U.S.C. § 1332(c)(1)) ... we conclude that the citizenship of an LLC for purposes of the diversity jurisdiction is the citizenship of its members.") (citations omitted); *Handelsman v. Bedford Village Assocs. Ltd. P'ship,* 213 F.3d 48, 51–52 (2d Cir.2000) (holding that citizenship of a limited liability company was determined by the citizenship of its members, citing *Cosgrove,* 150 F.3d at 731); *GMAC Commercial Credit LLC v. Dillard Dept. Stores, Inc.,* 357 F.3d 827, 829

(8th Cir.2004) (holding that based on the similarities between limited liability companies and limited partnerships, and in the absence of a Congressional mandate, the general rule of citizenship based on membership applied). *See also Homfeld II, L.L.C. v. Comair Holdings, Inc.,* 53 Fed.Appx. 731, 732 (6th Cir.2002) (stating, in an unpublished opinion, that citizenship of limited liability company depends on citizenship of its members); *Provident Energy Assocs. of Mont. v. Burllington,* 77 Fed.Appx. 427, 428 (9th Cir.2003) (same).

Defendant Wellbuilt's Disclosure provides no information about the citizenship of its members Sonya Gomel and/or Spencer Tuell.

As such, it is **ORDERED** that Defendant Wellbuilt shall file a Supplement to its Disclosure, on or before **September 27, 2023,** identifying the citizenship of its members.

**DONE** and **ORDERED** this the **20th** day of **September 2023.**

/s/ Kristi K. DuBose
**KRISTI K. DUBOSE**
**UNITED STATES DISTRICT JUDGE**